CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JUL 3 1 2006

JOHN F CORCORAN, CLERK
BY: /s/ K Bottom
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

Rubbermaid Commercial Products LLC
Plaintiff(s)

Civil Action No.: 5:06CV00069

V.

Jansco Corp.
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

Pursuant to Standing Order entered May 15, 2000.

Rubbermaid Commercial Products LLC      who is   Plaintiff
(Name of party you represent)                    (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ YES   ☒ NO

2. Does the party have any parent corporations?
   ☒ YES   ☐ NO

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

   Newell-Rubbermaid, Inc.

3. Is 10 percent or more of party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ YES   ☐ NO

   If yes, identify all such owners:

   Newell-Rubbermaid, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ YES   ☒ NO

   If yes, identify entity and nature of interest:

5. Is the party a trade association?
   ☐ YES   ☒ NO

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of a party's stock:

_____          July 31, 2006
(Signature)                        (Date)